# Third District Court of Appeal

## State of Florida

Opinion filed April 28, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-0106
Lower Tribunal Nos. 16-13042 SP, 20-85 AP
_____

**Virtual Imaging Services, Inc., a/a/o Ywaidree Machin,**
Appellant,

vs.

**State Farm Mutual Automobile Insurance Co.,**
Appellee.


An Appeal from the County Court for Miami-Dade County, Natalie Moore, Judge.

Scott J. Edwards (Boca Raton), for appellant.

Kirwan Spellacy Danner Watkins & Brownstein, P.A., and Scott E. Danner (Fort Lauderdale); Birnbaum, Lippman & Gregoire, PLLC, and Nancy W. Gregoire (Fort Lauderdale), for appellee.


Before HENDON, GORDO, and BOKOR, JJ.


PER CURIAM.

Affirmed.